M. ASCHER SILK CORPORATION, Appellant, Respondent, v. JACOB Y. WILKINS, Respondent, Appellant, Impleaded with MOSES ASCHER, Defendant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

M. ASCHER SILK CORPORATION, Appellant, v. JACOB Y. WILKINS and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

M. ASCHER SILK CORPORATION, Appellant, v. JACOB Y. WILKINS and Another, Respondents.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of the Application of CHARLES L. HARDING and Another, Appellants, for an Order Directing that Arbitration Proceed, etc., with BEDFORD MILLS, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

HARRY L. DAURNHEIM, Appellant, v. ROANOKE CITY MILLS, INC., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CHARLES WILLIAM REYNOLDS, Also Known as WILLIAM C. REYNOLDS, Respondent, v. CHARLES P. ROGERS & Co., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JOHN F. MURPHY, Respondent, v. THE SECOND RUSSIAN INSURANCE COMPANY, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DAVID SCHOR, Respondent, v. ABRAHAM BORZEKOWSKY, Individually and as Treasurer, etc., of the BAKERY AND CONFECTIONERY WORKERS INTERNATIONAL UNION OF AMERICA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

WALTER DILWORTH, as Administrator, etc., of ALICE DILWORTH, Deceased, Respondent, v. RELIABLE HOLDING COMPANY, INC., Appellant, Impleaded with TAXICAB OPERATING Co., INC., Defendant.— Order modified by striking therefrom items numbered 3 and 4, and by directing that the examination be held at Special Term, Part 2, of the Supreme Court, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

BANKERS TRUST COMPANY, Respondent, v. FRANCISCO PLA Y MARTIN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

IRISH FREE STATE and Others, Appellants, v. GUARANTY SAFE DEPOSIT COMPANY and Others, Defendants, Impleaded with EAMONN DE VALERA and Another, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that the question of any allowance for expenses and counsel fees should await the trial and judgment in the action. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.